## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE

**LAWYER DISCIPLINARY BOARD,**

     Petitioner,

v.                                Misc. No.: __2:25-mc-123__

**JAMES M. BARBER, a member of**
**The West Virginia State Bar,**

     Respondent.

### ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of James M. Barber has been suspended by Immediate Suspension Order entered on October 16, 2025, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that James M. Barber is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove James M. Barber from the list of attorneys admitted to practice in the District Court. Pursuant to Local Rule of Civil Procedure 83.1(a), attorneys must apply to be re-admitted as a member of the bar of this Court.

The Clerk is directed to send a certified copy of this order to James M. Barber at his last known address Hartley Law Group, 7 Pine Avenue, Wheeling, West Virginia 26003-2135, to each divisional Clerk's Office in this District, and the Attorney Admission Coordinator.

ENTER: October 22, 2025



Frank W. Volk
Chief United States District Judge

STATE OF WEST VIRGINIA

SCA EFiled: Oct 16 2025
03:37PM EDT
Transaction ID 77323545

On October 16, 2025, the Supreme Court of Appeals of West Virginia made and entered the following order:

Office of Lawyer Disciplinary Counsel,
Petitioner

v.) No. 25-536

James M. Barber, a member of the
West Virginia State Bar,
Respondent

# IMMEDIATE SUSPENSION ORDER

On August 19, 2025, the Office of Lawyer Disciplinary Counsel, by Rachael L. Fletcher Cipoletti, Chief Lawyer Disciplinary Counsel, pursuant to Rule 3.27 of the Rules of Lawyer Disciplinary Procedure, filed a petition seeking the immediate suspension of the respondent's law license.

In accordance with Rule 3.27(c) of the Rules of Lawyer Disciplinary Procedure, on August 20, 2025, the Court, upon determining the existence of good cause, provided Notice to the respondent of the right to request a hearing before the Court within 30 days of the date the petition was filed. No request for a hearing was received.

Upon consideration and review, the Court is of the opinion to and does grant the petition. It is ORDERED that the license to practice law in the State of West Virginia of the respondent James M. Barber, is suspended until the underlying disciplinary proceedings have been fully completed.

A True Copy

Attest: /s/ C. Casey Forbes
Clerk of Court

